AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Carry Scott Goldinger et-al <br> *Plaintiff* <br> v. <br> Hanover Insurance Company <br> *Defendant* | ) <br> ) <br> )   Case No.   19-cv-2232 (JS) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:     06/03/2019

/s/ Diana Shafter Gliedman
*Attorney's signature*

Diana Shafter Gliedman
*Printed name and bar number*

Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020
212-278-1000
*Address*

dgliedman@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*