| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>            U.S. MAGISTRATE JUDGE | DATE: 6/12/19<br>TIME: 10:30 AM<br>FTR: 11:14-11:17 |

CASE:  **CV 19-2232 (JS) (AYS)** Goldinger, et al v. Hanover Insurance Company

TYPE OF CONFERENCE: INITIAL

APPEARANCES:    Plaintiff     Diana R. Gliedman
                              Samantha Smith
                              Cary Scott Goldinger

                Defendant     Peter T. Shapiro


**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for ___ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X    Other:  **Rulings by the Court:**

Both sides represented that no discovery is necessary in this action since there are no factual disputes and the only issue to be decided involves interpretation of an insurance policy. Accordingly, any party seeking to make a dispositive motion shall initiate that process, consistent with Judge Seybert's Individual Rules, on or before June 26, 2019.


                                    SO ORDERED


                                    /s/ Anne Y. Shields
                                    ANNE Y. SHIELDS
                                    United States Magistrate Judge