# ANDERSON KILL P.C.

Attorneys and Counselors at Law



1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Diana Shafter Gliedman, Esq.
Dgliedman@andersonkill.com
212-278-1036

*By ECF*

June 19, 2019

The Honorable Anne Y. Shields
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Cary Scott Goldinger and Law Office of Cary Scott Goldinger, P.C. v. Hanover Insurance Company*, Index No. 2:19-cv-02232

Dear Judge Shields :

      As you are aware, this firm represents plaintiffs Cary Scott Goldinger and the Law Office of Cary Scott Goldinger (collectively, "Goldinger") in the above-referenced action.  Following the June 12, 2019 initial conference, Goldinger met and conferred with counsel for defendant Hanover Insurance Company ("Hanover").  The parties began initial discussions to determine whether resolution, possibly through mediation, may be possible.

      As such, and in order to permit the parties to explore the possibility of scheduling and undertaking a mediation without incurring the cost associated with drafting dispositive motions which may not be heard by the Court, both parties respectfully request a stay of the Court's Minute Order dated June 12, 2019 (ECF No. 13), requiring parties seeking to make dispositive motions to initiate the process on or before June 26, 2019.

      Should resolution of the matter by mediation or otherwise be unsuccessful, the parties intend to promptly begin the process of making dispositive motions.  We will be sure to keep the court abreast of the parties' efforts to mediate and/or resolve the action.

Respectfully submitted,

*Diana Gliedman*

Diana Shafter Gliedman

DS

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
docs-100139503.2