AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York ▼

| | |
|---|---|
| Cary Scott Goldinger, Law Office of Cary Scott Golding ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   Case Number: 2:19-cv-02232-JS-AYS |
| The Hanover Insurance Company ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hanover Insurance Company

Date:    06/20/2019

/s Darcy L. Ibach
*Attorney's signature*

Darcy L. Ibach, 6193101
*Printed name and bar number*
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams St. Suite 300
Chicago, IL 60661

*Address*

darcy.ibach@lewisbrisbois.com
*E-mail address*

(312) 463-3339
*Telephone number*

(312) 345-1778
*FAX number*