# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Diana Shafter Gliedman, Esq.
Dgliedman@andersonkill.com
212-278-1036

August 12, 2019

*By ECF*

The Honorable Anne Y. Shields
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Cary Scott Goldinger and Law Office of Cary Scott Goldinger, P.C. v. Hanover Insurance Company*,
            Index No. 2:19-cv-02232

Dear Judge Shields :

    As you are aware, this firm represents Plaintiffs Cary Scott Goldinger and the Law Office of Cary Scott Goldinger (collectively, "Goldinger") in the above-referenced action. We write in furtherance of your Order dated July 10, 2019 requiring the parties to provide an update regarding efforts to resolve the above-referenced action.

    Goldinger and Defendant Hanover Insurance Company ("Hanover") are scheduled to attend a global mediation on August 14, 2019 which will involve parties to the above-referenced coverage action (the "Coverage Action") as well as the underlying legal malpractice action entitled *Marilyn Klugman Trust, by Ilene Klugman Ampel, as trustee, Ilene Klugman Ampel, in her individual capacity, and Kenneth Ampel v. Cary Scott Goldinger and Natalie Elisha*, Index Number 716769/2018 (the "Underlying Action"), which is pending in New York State Supreme Court, Queens County.

    The parties will continue to keep the Court abreast of the parties' efforts to mediate and/or resolve the action.

Respectfully submitted,

*Diana Shafter Gliedman*

Diana Shafter Gliedman